**No. 57690.**—International Dairy Engineering Company v. United States, protest 205608–K (San Francisco).

Opinion by MOLLISON, J. The protest was dismissed.

**No. 57691.**—Railway Express Agency v. United States, protest 211146–K (A) (New York).

Opinion by MOLLISON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 17, 1953

**No. 57692.**—United Fibre Company v. United States, protest 183507–K (New York).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise in question is wholly or in chief value of sunn, the claim of the plaintiff was sustained.

**No. 57693.**—Kopf Manufacturing Co., Inc. v. United States, protest 208972–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of parts of saddles, which saddles are in part of pigskin and valued at more than $40 each, the same in all material respects as those involved in Abstract 54419, the claim of the plaintiff was sustained.